MINERALIZED RUBBER CO. v. MALCOMSON. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Mineralized Rubber Company against A. Bell Malcomson. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. L. J. Morrison, of New York City, for appellant. Walter E. McDonnell, of New York City, for respondent.

PER CURIAM. The letter of the defendant asking that thereafter bills of the plaintiff should be made directly to him, and the orders signed by him personally, together with the proof given on the part of the plaintiff that the defendant agreed to become personally responsi-

ble for the goods, and the weakness of the defendant's explanation of these circumstances, lead to a reversal of the judgment and the ordering of a new trial. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.